UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. SCOTT,<br><br>              Plaintiff,<br><br>       v.<br><br>DAVID CASTILLO, et al.,<br><br>              Defendants. | No.  1:20-cv-00598 KES GSA (PC)<br><br>ORDER SETTING SETTLEMENT CONFERENCE VIA VIDEOCONFERENCE<br><br>**Settlement Conference Date:**  August 29, 2024<br>**Time:**  9:30 a.m.<br>**Presiding Judge:**<br>U.S. Magistrate Judge Dennis M. Cota |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  This matter is at the pretrial stage of the proceedings and has been on the Court's docket since April 2020.  See ECF No. 1 at 1 (filing date stamp).  On March 14, 2024, a new district judge was assigned to this case.  ECF No. 63.

"[T]he public has an overriding interest in securing the 'just, speedy, and inexpensive determination of every action'."  In re Phenylpropanolamine (PPA) Prod. Liab. Litig., 460 F.3d 1217, 1227 (9th Cir. 2006) (brackets added) (quoting Fed. R. Civ. P. 1).  Although the parties have a right to proceed to trial, given the age of this case the Court shall direct the parties to participate in a settlement conference and engage in a good faith effort to settle.  See generally Fed. R. Civ. Proc. 16(f)(1)(B) (allowing for sanctions due to failure to participate in settlement

1  conference in good faith).

2     The settlement conference will take place via videoconference on August 29, 2024, at
3 9:30 a.m. before United States Magistrate Judge Dennis M. Cota.  Additional instructions
4 regarding preparation for the settlement conference, e.g., dates for the submission of confidential
5 settlement statements, where to submit them, etc., will be issued shortly by Judge Cota under
6 separate order.

7     Accordingly, IT IS HEREBY ORDERED that:

8     1.  The parties are ORDERED to participate in a SETTLEMENT CONFERENCE, and

9     2.  The settlement conference shall take place via videoconference on **August 29, 2024,**
10 **at 9:30 a.m.** before United States Magistrate Judge Dennis M. Cota.

11     Additional information regarding the parties' preparation for the settlement conference
12 proceedings shall issue from Judge Cota's chambers under separate order.

13     **The parties are reminded that when participating in the settlement conference**
14 **proceedings, they are required to do so in good faith.**  See generally Fed. R. Civ. Proc.
15 16(f)(1)(B).

16

17

18 IT IS SO ORDERED.

19     Dated:   **June 18, 2024**                                   **/s/ Gary S. Austin**
                                                               UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28