IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MARK A. SCOTT,** | 1:20-CV-00598 KES GSA |
| Plaintiff, | **ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL AND EXTENDING CERTAIN FILING DEADLINES** |
| v. | |
| **CASTILLO,** | Doc. 70 |
| Defendant. | |

Defendant Castillo filed an ex parte application seeking to continue the pre-trial conference and trial date by 90 days in light of settlement discussions between the parties. Doc. 70. Accordingly, he requests a 60-day extension of time to file and serve a pre-trial statement. *Id.* Good cause having been shown, defendant's motion is granted.

\\\

\\\

\\\

1

Accordingly, IT IS ORDERED THAT:

1. The pretrial conference is continued to May 27, 2025, and the trial is continued to July 29, 2025;
2. Plaintiff must either (1) return the signed settlement documents to defendant or (2) file his pretrial statement by February 10, 2025;
3. If the parties do not settle this matter, and if plaintiff intends to call incarcerated witnesses at time of trial, plaintiff shall serve and file a motion for attendance of incarcerated witnesses as described in the third scheduling order (Doc. 68) on or before February 10, 2025, and any opposition by defendant shall be due March 11, 2025;
4. If the parties do not settle this matter, and if plaintiff wishes to obtain the attendance of unincarcerated witnesses who refuse to testify voluntarily, plaintiff must submit the money orders, as described in the third scheduling order (Doc. 68), to the Court on or before March 11, 2025; and
5. If the parties have not filed a notice of settlement, then defendant must file his pretrial statement by March 11, 2025.

IT IS SO ORDERED.

Dated:   January 10, 2025

UNITED STATES DISTRICT JUDGE