UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. SCOTT,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID CASTILLO, et al.,<br><br>    Defendants. | No. 1:20-cv-00598 KES GSA (PC)<br><br>ORDER ACKNOWLEDGING PARTIES' JOINT STIPULATION TO VOLUNTARILY DISMISS MATTER WITH PREJUDICE<br><br>(ECF No. 74)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE |

    Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On March 13, 2025, the parties filed a joint stipulation for voluntary dismissal of this case with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). See ECF No. 74. The Court acknowledges the filing, and consistent with it, it will direct the Clerk of Court to close this case.

    Accordingly, IT IS HEREBY ORDERED that:

    1. ACKNOWLEDGES the parties' jointly filed stipulation to VOLUNTARILY DISMISS this matter with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). See ECF No. 74, and

1

2. Consistent with the parties' filed stipulation of dismissal, the Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:  **March 16, 2025**                                   /s/ Gary S. Austin
                                                        UNITED STATES MAGISTRATE JUDGE